UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL IGLESIAS,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN M. DOWBACK, et al.,<br><br>    Defendant. | 1:19-cv-00836-JDP (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $400.00 filing fee or applied to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, I order that, within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or pay the $400.00 filing fee for this action. No requests for extension will be granted without a showing of good cause. Failure to comply with this order may result in dismissal of this action.

IT IS SO ORDERED.

Dated:   August 21, 2019                        /s/ Jeremy Peterson
                                                                                 UNITED STATES MAGISTRATE JUDGE