UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL IGLESIAS,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. JOHN M. DOWBACK, Physician at St. Joseph's Hospital; and B. LAYTON, Cal-Fire Supervising Captain,<br><br>    Defendants. | No. 1:19-cv-00836-DAD-JDP (PC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO PROSECUTE AND FOLLOW A COURT ORDER</u><br><br>(Doc. No. 8) |

    Plaintiff Israel Iglesias is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On October 30, 2019, the assigned magistrate judge issued findings and recommendations, recommending that the case be dismissed due to plaintiff's failure to prosecute and failure to comply with a court order. (Doc. No. 8.) The findings and recommendation were served on both parties and contained notice that any objections thereto were to be filed within fourteen (14) days of the date of service. (*Id.* at 2.) No objections have been filed and the time in which to do so has now passed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court concludes that

1

the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations (Doc. No. 8) issued on October 30, 2019 are adopted in full;
2. This action is dismissed without prejudice; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **February 24, 2020**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE